IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| E.M., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:25-cv-245-CDL-CHW |
| | : | 28 U.S.C. § 2241 |
| WARDEN, STEWART DETENTION CENTER,[1] | : | |
| | : | |
| | : | |
| Respondent. | : | |

**ORDER**

On July 29, 2025, the Court received Petitioner's motion to proceed in forma pauperis ("IFP"). (ECF No. 3). In support of the motion, Petitioner attached an account certification showing that he currently has $116.00 in his account at Stewart Detention Center, with an average monthly balance of $350.00. Mot. to Proceed IFP Attach. 1, ECF No. 3-1. The filing fee required in a case brought under 28 U.S.C. § 2241 is only $5.00. Petitioner's submissions show an ability to pay this amount. Petitioner's motion to proceed IFP is accordingly **DENIED**. Petitioner has fourteen (14) days from the date shown on this Order to pay the required $5.00 filing fee. Failure to comply with this Order may result in the dismissal of Petitioner's application.

SO ORDERED, this 22nd day of September, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

---

[1] [T]he default rule [for claims under 28 U.S.C. § 2241] is that the proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official." *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004) (citations omitted). The Clerk's office is DIRECTED to change the docket to reflect the Warden of Stewart Detenion Center as the sole appropriately named respondent in this action.