IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| E.M., | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Case No. 4:25-cv-245-CDL-CHW |
| | : 28 U.S.C. § 2241 |
| WARDEN, STEWART DETENTION CENTER, | : |
| | : |
| | : |
| Respondent. | : |

## ORDER

On July 29, 2025, the Court received Petitioner's motion to proceed in forma pauperis ("IFP"). (ECF No. 3). Because Petitioner's submissions showed an ability to pay the required $5.00 filing fee, Petitioner's motion to proceed IFP was denied and Petitioner was given 14 days to pay the required filing fee. (ECF No. 4).

Petitioner has not paid the filing fee but instead has submitted a document authorizing the release of funds from his inmate trust account to the Court. It appears that Petitioner has mistakenly submitted that document to the Court rather than to officials at the detention facility. The form also appears to list Petitioner as the payee of the funds, rather than the Court.

Petitioner is hereby given an additional fourteen (14) days from the date of this Order to pay the required filing fee. Petitioner should submit the Release of Funds Authorization form to an appropriate officer at the detention center, not to the Court. Where the form requests the name and address of the business/individual to receive the funds,

Petitioner should provide the name and address of the Court: U.S. District Court, Middle District of Georgia, P.O. Box 124, Columbus, Georgia 31902.

SO ORDERED, this 10th day of October, 2025.

s/ Charles H. Weigle  
Charles H. Weigle  
United States Magistrate Judge