IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

EVENSON MERZIER,                                  *

        Petitioner,                              *

v.                                                            Case No.  4:25-cv-245 (CDL)

                                    *

WARDEN STEWART DETENTION CENTER,

                                    *

        Respondent.

_____     *

## **J U D G M E N T**

Pursuant to this Court's Order dated January 14, 2026, having accepted the recommendation of

the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 14th day of January 2026

                                David W. Bunt, Clerk


                                s/ Timothy L. Frost, Deputy Clerk